RECEIVED
MAY 1 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARTIN PAUL BROUSSARD<br>LA. DOC # 114817<br>VS. | CIVIL ACTION NO. 6:11-cv-1923<br>SECTION P<br>JUDGE DOHERTY |
| ASHLEY NELSON, ET AL. | MAGISTRATE JUDGE HANNA |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;*

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE for failing to state a claim for which relief might be granted in accordance with the provisions of 28 U.S.C. 1915(e)(2)(B).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 17 day of May, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

*This court notes the "objection" filed by the petitioner is simply a re-filing of petitioner's original complaint.